WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Defendants, Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL HOME LOAN MORTGAGE CORPORATION; PHH MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, . inclusive, <br><br> Defendants. | Case No.: <br><br> **PETITION FOR REMOVAL OF ACTION PURSUANT TO 12 U.S.C. § 1452(f)** |

**TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

**PLEASE TAKE NOTICE THAT** defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") hereby removes this action to the United States District Court for the District of Nevada under 12 U.S.C. § 1452(f). As grounds for this removal, Freddie Mac states the following:

1. The above-entitled action was commenced on October 30, 2023, in the Eighth Judicial District Court for Clark County, Nevada, Case No. A-23-880556-C (the "State Court Action"). Plaintiff named Freddie Mac and PHH Mortgage Corporation ("PHH") as Defendants to this action, brought in connection with real property located at 5858 Hollingshed Court in North Las Vegas, Nevada.

Page 1 of 4

1      2.    Freddie Mac is a United States corporation and government-sponsored enterprise chartered by an Act of Congress, organized and existing under the Federal Home Loan Mortgage Corporation Act, 12 U.S.C. § 1451 *et seq.*, with its principal place of business located in McLean, Virginia. On September 6, 2008, Freddie Mac was placed into federal conservatorship by the Federal Housing Finance Agency pursuant to 12 U.S.C. § 4617, where it remains today.

    3.    The ground for this removal is 12 U.S.C. § 1452(f), which provides, in pertinent part, that any state-court civil action to which Freddie Mac is a party "may at any time before trial . . . be removed by [Freddie Mac]" to the geographically appropriate federal district court. 12 U.S.C. § 1452(f)(2)-(3). Here, Freddie Mac is a named defendant, and therefore this is a civil action to which Freddie Mac is a party.

    4.    This Court has subject matter jurisdiction based on 12 U.S.C. § 1452(f)(2), which provides that "all civil actions to which [Freddie Mac] is a party shall be deemed to arise under the laws of the United States, and the district courts of the United States shall have original jurisdiction of all such actions, without regard to amount or value."

    5.    Freddie Mac is a party to the State Court Action as referenced above, and no trial of the action has yet taken place. The United States District Court for the District of Nevada is the federal judicial district and division embracing the Eighth Judicial District Court, County of Clark, State of Nevada, where this action was originally filed. *See* 28 U.S.C. § 81(a)(3). Freddie Mac is therefore permitted to remove that action to this Court.

    6.    This removal is timely, as this Petition has been filed before trial.

    7.    For removal purposes only, Freddie Mac is "deemed to be an agency included in sections 1345 and 1442 of … Title 28" and therefore is not required to notify or obtain the consent of any other defendant in this action in order to remove the entire case to federal court. *See* 12 U.S.C.§ 1452(f)(1); 28 U.S.C. § 1442(a); *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1253 (9th Cir. 2006) ("Whereas all defendants must consent to removal under section 1441…, a federal officer or agency defendant can unilaterally remove a case under section 1442.") (citations omitted); *Ely Valley Mines, Inc. v. Hartford Accident & Indemnity Co.*, 644 F. 2d 1310, 1315 (9th

Cir. 1981) (stating that "§ 1442 represents an exception to the general rule (under §§ 1441 and 1446) that all defendants must join in the removal petition").

8. Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A**, and incorporated by reference herein, are copies of all records and proceedings from the State Court Action in the Eighth Judicial District Court, County of Clark, State of Nevada, as of the date of this filing.

9. Pursuant to 28 U.S.C. § 1446(d), concurrently with the filing of this Petition for Removal, by means of the Notice of Filing of Petition for Removal filed in the State Court Action and attached hereto as **Exhibit B**, Freddie Mac is giving written notice to all known parties, and to the Clerk of the Eighth Judicial District Court, Clark County, Nevada, of (i) this removal; (ii) the fact that this case is to be docketed in this Court; and (iii) the fact that this Court shall hereafter be entitled to grant all relief as is proper under the circumstances, all in accordance with 12 U.S.C. § 1452 and such local rules as may be applicable.

10. Freddie Mac reserves the right to supplement this Petition for Removal should additional pertinent information become available to Freddie Mac.

11. Freddie Mac further reserves all rights under all applicable federal laws and state laws, including but not limited to defenses and objections as to venue, personal jurisdiction, and service. The filing of this Petition for Removal is subject to and without waiver of any such defenses or objections.

DATED this 1st day of December, 2023.

          WRIGHT, FINLAY & ZAK, LLP

          */s/ Lindsay D. Dragon*
          Lindsay D. Dragon, Esq.
          Nevada Bar No. 13474
          7785 W. Sahara Ave., Suite 200
          Las Vegas, NV 89117
          *Attorneys for Defendants, Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation*

**EXHIBIT LIST**

| Exhibit A | copies of all records and proceedings from the State Court Action in the Eighth Judicial District Court, County of Clark, State of Nevada |
|---|---|
| Exhibit B | Notice of Filing of Petition for Removal |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 1st day of December, 2023, the foregoing **PETITION FOR REMOVAL** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

                      /s/ Erica Baker
                      An Employee of WRIGHT, FINLAY & ZAK, LLP