WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Defendants, Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:23-cv-01991-GMN-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO COMPLAINT** |
| vs. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION; PHH MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | **(First Request)** |
| Defendants. | |

COMES NOW Defendants, Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation ("Defendants") and Plaintiff, SFR Investments Pool 1, LLC ("Plaintiff"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 30, 2023, Plaintiff filed its Complaint in Eighth Judicial District Court, Case No. A-23-880556-C [ECF No. 1-2];

2. On December 1, 2023, Defendants filed a Petition for Removal to this Court [ECF No. 1];

3. Defendants' deadline to respond to Plaintiff's Complaint is currently December 8, 2023;

4. Defendants' counsel is requesting a brief extension until January 5, 2024, to file its response to the Complaint;

5. This extension is requested to allow counsel for Defendants additional time to review and respond to the points and authorities cited to in the Complaint and to potentially resolve this dispute without expending substantial resources;

6. Counsel for Plaintiff does not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 5th day of December, 2023.                    DATED this 5th day of December, 2023.

WRIGHT, FINLAY & ZAK, LLP                                HANKS LAW GROUP

*/s/ Lindsay D. Dragon*                                  */s/ Chantel M. Schimming*
Lindsay D. Dragon, Esq.                                  Chantel M. Schimming, Esq.
Nevada Bar No. 13474                                     Nevada Bar No. 8886
7785 W. Sahara Ave., Suite 200                           7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89117                                      Las Vegas, Nevada 89139
*Attorneys for Defendants, Federal Home*                 *Attorneys for Plaintiff, SFR Investments*
*Loan Mortgage Corporation and PHH*                      *Pool 1, LLC*
*Mortgage Corporation*

**IT IS SO ORDERED.**

Dated this 5th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE