WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Defendants, Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL HOME LOAN MORTGAGE CORPORATION; PHH MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-01991-GMN-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO COMPLAINT** <br><br> **(Second Request)** |

COMES NOW Defendants, Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation ("Defendants") and Plaintiff, SFR Investments Pool 1, LLC ("Plaintiff"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 30, 2023, Plaintiff filed its Complaint in Eighth Judicial District Court, Case No. A-23-880556-C [ECF No. 1-2];

2. On December 1, 2023, Defendants filed a Petition for Removal to this Court [ECF No. 1];

3. Defendants' deadline to respond to Plaintiff's Complaint is currently January 5, 2024 [ECF No. 8];

4. On December 28, 2023, Defendants sent Plaintiff a response to its NRS 107.200, et seq. requests ("Defendants' response");

5. Defendants' counsel is requesting a brief extension until January 26, 2024, to file a response to the Complaint;

6. This extension is requested to allow counsel for Plaintiff additional time to review and respond to Defendants' response, and for the Parties to discuss resolution prior to Defendants incurring additional resources in filing a response to the Complaint;

7. Counsel for Plaintiff does not oppose the requested extension;

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 3rd day of January, 2024. | DATED this 3rd day of January, 2024. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | HANKS LAW GROUP |
| */s/ Lindsay D. Dragon* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Defendants, Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation* | */s/ Chantel M. Schimming* <br> Chantel M. Schimming, Esq. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for Plaintiff, SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

Dated this __3rd__ day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE