WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendants, Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.:  2:23-cv-01991-GMN-EJY |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION; PHH MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff SFR Investments Pool 1, LLC and Defendants Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation (collectively referred to as the "Parties") have reached an agreement to settle all claims pending between them in this action.

The Parties anticipate that the performance of the terms of the settlement agreement and dismissal documents will be completed within sixty (60) days of the date of this Notice. The Parties request the Court vacate all pending deadlines set forth in the Stipulated Discovery Plan and Scheduling Order (ECF No. 12).

///
///
///
///

1    If the settlement is not completed and this matter is not dismissed within sixty (60) days

2  of the date of this Notice, then the Parties will submit a Joint Status Report to the Court setting

3  forth the status of the settlement and anticipated time to completion.

4  DATED this 12th day of March, 2024.          DATED this 12th day of March, 2024.

5  WRIGHT, FINLAY & ZAK, LLP          HANKS LAW GROUP

6

7  /s/ Christina V. Miller, Esq.          /s/ Chantel M. Schimming, Esq.

8  Christina V. Miller, Esq.          Chantel M. Schimming, Esq.
   Nevada Bar No. 12448          Nevada Bar No. 8886
9  7785 W. Sahara Ave., Suite 200          7625 Dean Martin Drive, Suite 110
   Las Vegas, NV 89117          Las Vegas, Nevada 89139
10 *Attorney for Defendants*          *Attorneys for Plaintiff/Counter-Defendant,*
   *Federal Home Loan Mortgage Corporation*          *SFR Investments Pool 1, LLC*
11 *and PHH Mortgage Corporation*

12

13

14

15

16                    **CERTIFICATE OF SERVICE**

17    I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and

18 that I electronically served on the 12th day of March, 2024, the foregoing **NOTICE OF**

19 **SETTLEMENT** to all parties and counsel as identified on the Court-generated Notice of

20 Electronic Filing.

21          /s/ Faith Harris

22          An Employee of WRIGHT, FINLAY & ZAK, LLP

23

24

25

26

27

28