1  WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
2  Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
3  Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
4  cmiller@wrightlegal.net
5  *Attorneys for Defendants, Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation*
6

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:23-cv-01991-GMN-EJY |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT REGARDING DISMISSAL** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION; PHH MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

COMES NOW Defendants, Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation ("Defendants") and Plaintiff, SFR Investments Pool 1, LLC ("Plaintiff"), by and through their counsel of record, and hereby submit the following joint status report regarding dismissal, pursuant to this Court's Minute Order [ECF No. 19].

On March 12, 2024, Plaintiff and Defendants notified this Court that they had reached a settlement of all claims raised in this action and requested sixty (60) days to complete the settlement and submit dismissal documents. ECF No. 18. This Court set a deadline of May 13, 2024, to file a stipulation of dismissal or a joint status report informing the Court of the status of settlement. ECF No. 19.

///

///

///

///

To date, the parties have memorialized the settlement terms in a written settlement agreement, which has been executed by SFR and Freddie Mac, but is pending execution by PHH. The parties anticipate execution by PHH this week and completion of the settlement terms and dismissal within thirty (30) days.

DATED this 13th day of May, 2024.  
WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller, Esq.*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendants, Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation*

DATED this 13th day of May, 2024.  
HANKS LAW GROUP

*/s/ Chantel M. Schimming, Esq.*
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Plaintiff, SFR Investments Pool 1, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 13th day of May, 2024, the foregoing **JOINT STATUS REPORT REGARDING DISMISSAL** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Faith Harris*
An Employee of WRIGHT, FINLAY & ZAK, LLP