WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendants, Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:23-cv-01991-GMN-EJY |
| Plaintiff, vs. | **STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION; PHH MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

COME NOW Plaintiff SFR Investments Pool 1, LLC and Defendants Federal Home Loan Mortgage Corporation and PHH Mortgage Corporation (collectively referred to as the "Parties") and hereby stipulate and agree to dismiss the above-identified lawsuit, with prejudice, pursuant to the confidential settlement reached by and between the Parties.

///

///

///

///

///

The Parties further stipulate and agree that each party shall bear its own fees and costs.

IT IS SO STIPULATED.

DATED this 4th day of June, 2024.                DATED this 28th day of May, 2024.

WRIGHT, FINLAY & ZAK, LLP                        HANKS LAW GROUP

*/s/ Christina V. Miller, Esq.*                  */s/ Chantel M. Schimming, Esq.*
Christina V. Miller, Esq.                        Chantel M. Schimming, Esq.
Nevada Bar No. 12448                             Nevada Bar No. 8886
7785 W. Sahara Ave., Suite 200                   7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89117                              Las Vegas, Nevada 89139
*Attorney for Defendants*                        *Attorneys for Plaintiff SFR Investments Pool*
*Federal Home Loan Mortgage Corporation*         *1, LLC*
*and PHH Mortgage Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 4th day of June, 2024, the foregoing **STIPULATION TO DISMISS CASE WITH PREJUDICE** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Faith Harris*
An Employee of WRIGHT, FINLAY & ZAK, LLP

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that the Clerk of Court shall close the case and enter Judgment accordingly.

Dated this __10__ day of June, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT